■ RAYMOND A. O'CONNOR, Respondent, v. MANUEL C. T. LLOP, Appellant. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term resettling a previous order by the same Justice, which denied defendant's motion for an order directing plaintiff to comply with an order which required plaintiff to make his complaint more definite and certain.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ RICHARD F. NICOLETTA, an Infant, by JOSEPH J. NICOLETTA, His Guardian ad Litem, Appellant, v. COOK IRON STORE Co. et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Trial Term for defendants for no cause of action, in an automobile negligence action.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ JOSEPH J. NICOLETTA, Appellant, v. COOK IRON STORE Co. et al., Respondents.— Same decision and like cause of action as in companion case of Nicoletta v. Cook Iron Store Co. (5 A D 2d 806).

■ CARL PALMER, Appellant, v. LEO L. LAFFERTY, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Cattaraugus Trial Term for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ LARRY SHAPIRO, Respondent, v. POLLIO DAIRY PRODUCTS CORPORATION, Appellant.— Judgment and order, as amended, affirmed, with costs. All concur. (Appeal from a judgment and amended judgment of Monroe County Court for plaintiff in an action to recover the amount alleged to be due plaintiff for merchandise sold and delivered. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ FLORA WHITE, Respondent, v. CLAYTON A. WHITE, Appellant, et al., Defendant.— Judgment and order reversed on the facts and a new trial granted as to appellant White, with costs to the appellant to abide the event. The jury's verdict against the appellant was against the weight of evidence. All concur. (Appeal by defendant White from a judgment of Herkimer Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ L. M. S. TOOL DIE & ENGRAVING, INC., Appellant, v. WALTER LINGNAU, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying plaintiff's motion to strike out defendant's answer and for summary judgment in an action to recover over for negligence of driver.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ RAY BOEHL, Respondent, v. ELLIOTT LANDSMAN et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court for plaintiff in an action to foreclose a mechanic's lien.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ RAYMOND C. STANGLE, Appellant, v. MARK GRINSTEIN, Respondent.— Orders affirmed, without costs of this appeal to either party. All concur. (Appeal from two orders of Erie Special Term (1) denying plaintiff's motion to open default and restore the case to the trial calendar, and (2) resettling another order and denying plaintiff's motion to reargue.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.